UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

Ann Downs

CASE NO. 9:09-BK-06351-ALP

Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned law firm hereby files its Notice of Appearance and Request for Service in the above-captioned case as attorneys for Cypress Woods Golf & Country Club Master Property Owners Association, Inc., and pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, requests that any and all notice given or required to be given in the case and all papers served or required to be served in the case be given to and served upon the undersigned law firm at the address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, deliver, telephone, telegraph, telex or otherwise: (i) which affect or seek to affect in any way the rights, claims, or interests of which the debtors may seek to use; or (ii) which require or seek to require any act, delivery of any property, payment or other conduct by Debtor.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by regular United States mail to Robert S. Lovett, Phoenix Law, PA, 12800 University Drive, Suite 260, Fort Myers, FL 33907, and Jon Waage, Trustee, Post Office Box 25001, Bradenton, FL 34206 on this _11_ day of _August_, 2009.

                              Becker & Poliakoff, P.A.
                              Attorneys for Cypress Woods Golf & Country Club
                              Master Property Owners Association, Inc.
                              14241 Metropolis Avenue, Suite 100
                              Fort Myers, FL 33912
                              (239) 433-7707 Ft. Myers

                              By: _____
                                  J. Kevin Miller, Esq.
                                  Florida Bar No. 0245460
                                  James Robert Caves, III, Esq.
                                  Florida Bar No. 745111

1