UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 9:09-bk-06351-ALP

Chapter 13

IN RE:                                        :
                                              :
Ann Downs,                                    :
                                              :
                        Debtor.               :
_____      :

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE**

Lawrence M. Weisberg, Esquire, hereby gives notice of appearance in this cause

as Counsel for Creditor, Flagstar Bank, FSB.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that

would be served upon creditors in this proceeding.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of

Appearance and Request for Notice has been sent by CM/ECF transmission or standard

first class mail on the 11th day of December, 2009 to the following:

Ann Downs, 4420 Riverview Drive, Unit 201, Bonita Springs, FL  33434

Charles P.T. Phoenix, Esquire, Phoenix Law, P.A., 12800 University Drive, Suite 260,
Fort Myers, FL   33907

J. Kevin Miller, Esquire, Becker & Poliakoff, P.A., 14241 Metropolis Avenue, Suite 100,
Fort Myers, FL   33912

Green Tree Servicing, LLC 7360 S. Kyrene Road, Recovery Dept. T120, Tempe, AZ
85283

Jon Waage, P. O. Box 25001, Bradenton, FL  34206-5001

Dated: December 11, 2009                    Respectfully submitted,


                                            By: /s/  Lawrence M. Weisberg
                                            Lawrence M. Weisberg, Esquire
                                            Florida Bar No. 962198
                                            Counsel for Flagstar Bank, FSB
                                            Greenfield & Coomber, P.A.
                                            7000 W. Palmetto Park Road, Suite 402
                                            Boca Raton, Florida   33433
                                            Telephone: (561) 362-7355
                                            Facsimile: (561) 828-5858
                                            E-mail: bankruptcy@lmwlegal.com